IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**PREVIN D. WRIGHT,**

    **Petitioner,**

v.                                                Case No. 1:22-cv-152-AW-MAF

**RICKY DIXON, SECRETARY, DEP'T
OF CORRECTIONS,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Previn Wright initiated this § 2254 case to challenge his 2013 conviction for a sex offense. ECF No. 1. The State moved to dismiss, contending that the petition was untimely. The magistrate judge issued a report and recommendation concluding dismissal is appropriate. Wright sought—and received—a substantial extension of his deadline to file objections, but that extended deadline has passed, and Wright filed none.

Having carefully considered the matter, I find the petition is untimely and must be dismissed. The report and recommendation (ECF No. 12) is adopted and incorporated into this order. The motion to dismiss (ECF No. 11) is GRANTED. The clerk will enter a judgment that says, "The § 2254 petition is dismissed as untimely." A certificate of appealability is DENIED. The clerk will close the file.

1

SO ORDERED on May 30, 2023.

                                                                       s/ *Allen Winsor*
                                                                       United States District Judge